# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1956

_____

United States of America

*Plaintiff - Appellee*

v.

Raul Hernandez Guzman

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: August 7, 2013
Filed: August 20, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Raul Guzman appeals the ten-month prison sentence that the District Court[1] imposed upon his guilty plea to illegally reentering the United States after having

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

been previously deported following a felony conviction. 8 U.S.C. § 1326(a), (b)(1). Guzman's counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that Guzman's sentence was unreasonable and that he should have been sentenced to time served.  We conclude that the sentence—which is at the bottom of the uncontested Guidelines range—is not unreasonable. See United States v. Feemster, 572 F.3d 455, 461, 464 (8th Cir. 2009) (en banc).  Further, having reviewed the record under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____